B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Guru Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **19-1765589** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**8000 Warren Parkway, Suite 206**<br>**Frisco, TX** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP CODE **75034** | ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**8000 Warren Parkway, Suite 206**<br>**Frisco, TX** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP CODE **75034** | ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed    (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Filing Fee   (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2013 (Build 9.1.65.1, ID 1846160172)*

B1 (Official Form 1) (12/11)                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Guru Properties, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**Western District of Oklahoma** | Case Number:<br>**11-10101** | Date Filed:<br>**1/12/2011** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                                                                                      Page 3

| **Voluntary Petition** | Name of Debtor(s):  **Guru Properties, LLC** |
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X**_____ | **X**_____ |
| **X**_____ | (Signature of Foreign Representative) |
| | _____ |
| Telephone Number (If not represented by attorney) | (Printed Name of Foreign Representative) |
| _____ | _____ |
| Date | Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Joyce Lindauer | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached. |
| **Joyce Lindauer**               Bar No. **21555700** | |
| **Joyce W. Lindauer** | |
| **Attorney at Law & Mediator** | |
| **8140 Walnut Hill Lane** | |
| **Suite 301** | |
| **Dallas, TX 75231** | |
| Phone No.**(972) 503-4033**      Fax No.**(972) 503-4034** | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| 2/19/2013 | _____ |
| Date | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |
| \*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Address |
| **Guru Properties, LLC** | **X**_____ |
| | _____ |
| **X** /s/ Jagmohan S. Dhillon | Date |
| Signature of Authorized Individual | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| **Jagmohan S. Dhillon** | |
| Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Attorney-in-Fact** | |
| Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| **2/19/2013** | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Guru Properties, LLC**                                   CASE NO

                                                                                CHAPTER    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept: | **$25,000.00** |
| Prior to the filing of this statement I have received: | **$25,000.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION
    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


| | |
|---|---|
| __**2/19/2013**__ | **/s/ Joyce Lindauer** |
| *Date* | *Joyce Lindauer*                    Bar No.  21555700 |
| | Joyce W. Lindauer |
| | Attorney at Law & Mediator |
| | 8140 Walnut Hill Lane |
| | Suite 301 |
| | Dallas, TX 75231 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

  __**/s/ Jagmohan S. Dhillon**__
**Jagmohan S. Dhillon**
**Attorney-in-Fact**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Guru Properties, LLC**                                    CASE NO

                                                                    CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  2/19/2013                                    Signature  /s/ Jagmohan S. Dhillon

                                                              *Jagmohan S. Dhillon*
                                                              *Attorney-in-Fact*

Date _____          Signature _____

Adams Termite & Pest Control
607 W. Plato Rd.
Duncan, OK 73533


All Season Travel AMEX
Attn: Accounting
PO Box 530810
Birmingham, AL 35253


Allied Protective Systems, Inc.
PO Box 14584
Oklahoma City, OK 73113


American EPay
PO Box 261
Park Ridge, IL 60068


American Express
P.O. Box 650448
Dallas, Texas 75265-0448


American First Insurance
PO Box 85834
San Diego, CA 92188-5834


American For Quality & Service
16458 Collection Center Drive
Chicago, IL 60693


American Hotel Register
PO Box 71299
Chicago, IL 60694-1299


AmeriPride
1634 S. Mead Street
Wichita, KS 67211-4394

Amtrust North America, Inc.
PO Box 318004
Cleveland, OH 44131-8004


Arvest Bank
PO Box 1670
Lowell, AR 72745


AT&T
PO Box 5001
Carol Stream, IL 60197-5001


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


AT&T
PO Box 105414
Atlanta, GA 30348-5414


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Banker Advertising Company
2800 Highway 6 East
Iowa City, IA 52244


BCD Travel
Six Concourse Parkway NE
12th Floor
Atlanta, GA 30328


Bishop Electric Inc.
710 West Main
Duncan, OK 73533

Booking.com
5295 Paysphere Circle
Chicago, IL 60674-5295

Borski Air Conditioning
1331 Cox City Road, Suite 2455
Rush Springs, OK 73082

Bunneo Plumbing
3960 Country Estates Lane
Duncan, OK 73533-8767

Business Speciality Insurance - EPLI
20501 Katy Freeway
Suite 100F
Katy, TX 77450

Business Speciality Insurance-Commercial
20501 Katy Freeway
Suite 100F
Katy, TX 77450

C. David Rhoades
120 North Robinson
Suite 1920
Oklahoma City, OK 73102

Cable One
PO Box 78407
Phoenix, AZ 85062

Cantrell McCulloch Incorporated
12750 Merit Drive
Suite 400
Dallas, TX 75251

Centerpoint Energy
PO Box 2628
Houston, TX 77252-2628

Century Insurance Group
Attn: Mary Wayman
PO Box 71-4787
Columbus, OH 43271-4787


Champion Supply
1120 N. Vermont Ave.
Oklahoma City, OK 73107


Chasteen Plumbing
PO Box 38
Comanche, OK 73529


Cintas Corporation
PO Box 88005
Chicago, IL 60680-1005


CitiBank
5195 Preston Road
Frisco, TX 75034


City of Duncan - BPP
Attn: Financial Director
PO Box 969
Duncan, OK 73534


City of Duncan - Tax
Attn: Financial Director
PO Box 969
Duncan, OK 73534


CleanCraft Carpet Care
PO Box 1714
Duncan, OK 73534


Climate Control Co.
710 W. Walnut
Duncan, OK 73533

Coaches Corner, LLC
1206 N. Highway 81
Duncan, OK 73533


Coast to Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063


Commercial Maintenance Chemical Corp.
43 Heisser Court
Farmingdale, NY 11735


Commtrak
17493 Nassau Commons
Lewes, DE 19958


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Cotco.com
11220 Dallas Parkway
Frisco, TX 75033


Crystal Pools & Spas, LLC
513 W. Elk Avenue
Duncan, OK 73533


Dalvir Singh
513 Cave River Drive
Plano, TX 75094


Davis Air Conditioning Inc.
235 S. Highway 81
Duncan, OK 73533

DC Fire and Communications, Inc.
1818 N.W. 3rd
Oklahoma City, OK 73106


Dependable Telecom
305 N. Fannin
Rockwall, TX 75087


Dhillon Group
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Dhillon Management LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Dismuke Plumbing
1707 W. Main
Duncan, OK 73533


Don Prater Dozers
7601 Highway 29
Marlow, OK 73055


Duncan Chamber of Commerce
 & Industry
911 Walnut
PO Box 699
Duncan, OK 73534

Duncan Glass & Mirror, Inc.
103 N. 6th Street
Duncan, OK 73533


Duncan Janitorial
PO Box 219
Duncan, OK 73534

Duncan Lock & Key LLC
1604 W. Cypress Avenue
Duncan, OK 73533


Duncan Public Utilities Authority
PO Box 969
Duncan, OK 73534


Ecolab
PO Box 6007
Grand Forks, ND 58206-6007


Elite Designs
PO Box 13725
Arlington, TX 76094


Ellsworth Electric Inc.
4425 N. Hwy. 81
Duncan, OK 73533


Emerald Hospitality, LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Excel Bank
9701 Wilshire Blvd.
Beverly Hills, CA 90212


Fairway Outdoor Advertising
PO Box 60125
Charlotte, NC 28260


Fuller Paving
13210 SE 44th Street
Choctaw, OK 73020

Gateway Travel
1501 Ardmore Blvd.
Suite 400
Pittsburgh, PA 15221


Gonzelez Pest Control Inc.
202 West Iowa
Chickasha, OK 73018


Greenwood's Computers
PO Box 71
Duncan, OK 73534


Guaranteed Pest Control
PO Box 5381
Edmond, OK 73083


Guthrie Elevator Company
PO Box 851550
Mesquite, TX 75185-1150


Harleysville Mutual Insurance Co.
PO Box 2057
Kalispell, MT 59903-2057


Henderson Services
914 Ridley Road
Duncan, OK 73533


Hertzler Electrical Service LLC
PO Box 438
Marlow, OK 73055


Hiersche Hayward Drakeley Urbach
15303 Dallas Parkway
Suite 700
Addison, TX 75001

Hospitalityonline
1037 NE 65th Street
Suite 1
Seattle, WA 98115


HR Shaikh
12900 Preston Road
Dallas, TX 75230



InnRoad, Inc.
PO Box 1048
New York,  NY 10116



Innsight Systems Corp.
PO Box 524
Gurnee, IL 60031



Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114



Interstate Batteries
1065 36th Avenue, N.W.
Norman, OK 73072



IRS - BPP
55 N. Robinson
Stop 5024
Oklahoma City, OK 73102


Jerry's Janitorial Supply & Services Inc
PO Box 1142
Duncan, OK 73534-1142

JJ Salad LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Joe Milkes
PO Box 863717
Plano, TX 75086-3717


Lakhwinder S. Guru
12525 SE 299 Place
Auburn, WA 98092


Linebarger Goggan Blair & sampson
University Center, Ste. 1720
2323 Bryan Street
Dallas, Texas 75201


Luckinbill Inc.
409 W. Centennial Blvd.
Edmond, OK 73013


Main Street Duncan
PO Box 112
Duncan, OK 73534


Massco Maintenance Supply Co. Inc.
1837 S. Meridian
Wichita, KS 67213


Meecham Hospitality LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Michael D. Gray
Ramsey and Gray, P.C.
700 Corporate Tower
101 N. Robinson
Oklahoma City, OK 73102

Morrison Supply Company
1119 Frisco Road
Sherman, TX 75090


MRF Imaging Products
23705 Vanowen Street
Suite 223
West Hills, CA 91307


Mukhtar Singh
3220 East American Avenue
Fresno, CA 93725


Mulinix Ogden Hall Andrews Ludlam
210 Park Avenue
Suite 3030
Oklahoma City, OK 73102


My Alarm Center
1400 N. Providence Road
Suite 3055
Media, PA 19063


Network Alarm Services
1400 N. Providence Road
Suite 3055
Media, PA 19063


NPC
5100 Interchange Way
Suite 100
Louisville, KY 40229


OGSLP
PO Box 3000
Oklahoma City, OK 73101


OK Hotels LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034

Oklahoma Dept. of Human Services
Oklahoma Centralized Support Registry
PO Box 268809
Oklahoma City, OK 73126


Oklahoma Dept. of Labor
3017 North Stiles
Suite 100
Oklahoma City, OK 73105


Oklahoma Employment Security Commission
PO Box 52004
Oklahoma City, OK 73152-2004


Oklahoma Secretary of State
2300 N. Lincoln Blvd.
Room 101
Oklahoma City, OK 73105-4897


Oklahoma State Dept. of Health
PO Box 268815
Oklahoma City, OK 73126


Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK 73126


Otis Elevator Company
803 SE 82 Street
Oklahoma City, OK 73149


Pacific Bell Telephone Company
c/o James Grudus
One AT&T Way
Room 3A218
Bedminster, NJ 07921


Parkwood Hospitality, LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034

```
Paychex
8605 Freeport Parkway
Suite 100
Irving, TX 75063


Phillips Murrah P.C.
Corporate Tower I, 13th Floor
101 N. Robinson Avenue
Oklahoma City, OK 73102


Premier Funding USA
620 Newport Center Drive
Suite 1100
Newport Beach, CA 92660


Premium Insurance Corporation
3522 Thomasville Rd.
Suite 400
Tallahassee, FL 32309


Public Service Company of Oklahoma
PO Box 24401
Canton, OH 44701



R. Chris Neal
113314 S. 4730 Road
Muldrow, OK 74948



Rebecca's Flowers
1217 N. Highway 81
Duncan, OK 73533



Redbook Solutions Dataworks, LLC
4550 W. Windermer Street
Englewood, CO 80110-5541



Resource Technology Management, Inc.
950 N. Orlando Avenue
Winter Park, FL 32785
```

Rhonda Lynn Roberts
1214 West Pine
Duncan, OK 73533


Right Choice Publishing
1009-D NE JIB Court
Lee's Summit, MO 64064


Rubin Furnishings
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Saflok
PO Box 890247
Charlotte, NC 28289-0247


Scott Nadel
8000 Warren Parkway
Suite 206
Frisco, TX 75034


Security National Insurance Company
Cleveland, OH 44131-0880


Shawnee Hospitality LLC
8000 Warren Parkway
Suite 206
Frisco, TX 75034


SIG / Insurance Solutions Group
2132 L. Don Dodson Drive
Suite 200
Bedford, TX 76021


SIG / The Harvey Group
2132 L. Don Dodson Drive
Suite 200
Bedford, TX 76201

Simar Consulting
6 Sundown Drive
Bellport, NY 11713


Sky-Rent LP
1002 Washington Drive
Lucas, TX 75002


Sky-Rent LP
4405 Courtney Lane
Richardson, TX 75082


Sooner Fire and Safety
503 Ridley Road
Duncan, OK 73533


State Industrial Products
PO Box 74189
Cleveland, OH 44194-0268


Stephens County Tax Assessor
101 S. 11th, Room 207
Duncan, OK 73533


Stephens County Tax Assessor - BPP
101 S. 11th, Room 207
Duncan, OK 73533


Sysco Guest Supply
4301 US Hwy. 1
PO Box 902
Monmouth Junction, NJ 08852-0902


Technology Insurance
c/o Joseph Mann & Creed
20600 Chagrin Blvd.
Suite 550
Shaker Heights, OH 44122

Texas Health and Safety, Inc.
PO Box 295404
Lewisville, TX 75029-5405


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


The Duncan Banner
1001 Elm Street
PO Box 1268
Duncan, OK 73533


Thyssenkrupp Elevator Corp.
PO Box 93004
Atlanta, GA 31193-3004


TravelClick
300 N. Martingale
Suite 500
Schaumburg, IL 60173


Travelers
CL Remittance Center
Hartford, CT 06183-1008


TS Worldwide, LLC
HVS-Accounting Office
413 S. Howes Street
Fort Collins, CO 80521


U Attend
2796 Locker Avenue
Suite 11
Carlsbad, CA 92010


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204

U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


Unimac / Aadvantage Laundry Systems
3836 Dividend Drive
Garland, TX 75042


United Refrigeration Inv.
11401 Roosevelt Blvd.
Philadelphia, PA 19154-2197


US Department of Education
PO Box 105081
Atlanta, GA 30348


US Foods
PO Box 973118
Dallas, TX 75397-3118


Veritas Roofing, LLC
1408 S. Fretz
Suite 3
Edmond, OK 73003


VFM Leonardo
PO Box 31116
Detroit, MI 48231


Vikramdeep Singh
12525 SE 299 Place
Auburn, WA 98092


Walls Heat and Air
PO Box 309
Marlow, OK 73055

Web Fire Communications, Inc.
3406 McNeil Avenue
Wichita Falls, TX 76308


Web Fire Training, LLC
180 Windsor Drive
Daly City, CA 94015


Wilson Pools & Spas
8 South 29th
Duncan, OK 73533


Woods Tire and Auto
525 W. Lamar Street
Sherman, TX 75090


Woolsey's Office Products
904 W. Main
Duncan, OK 73533


Zurich Insurance Company
PO Box 4666
Carol Stream, IL 60197