Joyce W. Lindauer
State Bar No. 21555700
Jonathan Gitlin
State Bar No. 24064305
Gordon Green
State Bar No. 24083102
Attorneys at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GURU PROPERTIES, LLC, | § | CASE NO. 13-40443-btr |
| | § | Chapter 11 |
| Debtor. | § | |

## DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now Guru Properties, LLC, debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Witness and Exhibit List for the hearings scheduled on March 4, 2013.

### Witnesses

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Jagmohan S. Dhillon

2. Any witness designated by any other party

3. Any rebuttal or impeachment witness

**Exhibits**

At the hearing, the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Debtor's Emergency Motion for Use of Cash Collateral [Docket No. 5] | | |
| 2 | Debtor's Budget | | |
| 3 | Any exhibits identified by any other party | | |

Debtor reserves the right to call additional witnesses and identify additional documents to be used as exhibits for impeachment, rebuttal and other proper purposes.

Dated: February 27, 2013.

Respectfully Submitted

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Jonathan Gitlin
State Bar No. 24064305
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 27, 2013, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer